618 A.2d 351
STATE OF NEW JERSEY v. LUIS ZENQUIS.

May 15, 1992.

## ORDER

Reconsideration of the denial of the petition for certification, 127 *N.J.* 563, 606 *A.*2d 374, is granted;  and it is further ORDERED that the petition for certification is granted.

618 A.2d 351
STATE OF NEW JERSEY v. LUIS D. ZENQUIS.

July 9, 1992.

## ORDER

Reconsideration of the denial of the cross-petition for certification, 127 *N.J.* 563, 606 *A.*2d 374, is granted;  and it is further ORDERED that the cross-petition for certification is granted.